UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Tina M. Flaherty

Case No.: 18-21438

Adversary No.: _____

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Tina M. Flaherty, Debtor
(Example: John Smith, creditor)

Old address: 28 Bluestone Circle
Sicklerville, NJ 08081

New address: 7 Farm Field Lane
Sicklerville, NJ 08081

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 3/15/2023

/s/ Joseph J Rogers
Signature

rev.8/1/2021