| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tina M Flaherty | Social Security number or ITIN  xxx–xx–6105 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21438–JNP | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Tina M Flaherty

   8/14/24                                                           **By the court:** Jerrold N. Poslusny Jr.
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Tina M Flaherty  
    Debtor

Case No. 18-21438-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 14, 2024      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina M Flaherty, 7 Farm Field Lane, Sicklerville, NJ 08081-1875 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517574949 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517701363 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709 |
| 517574950 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus LLP, 60 Vanderbilt Motor Pkwy., Commack, NY 11725 |
| 517574954 | + | Kevin F. Flaherty, 28 Blue Stone Circle, Sicklerville, NJ 08081-1340 |
| 517574969 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 00:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 00:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517670762 | | EDI: BANKAMER | Aug 15 2024 04:32:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517574942 | + | EDI: BANKAMER | Aug 15 2024 04:32:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517574943 | + | EDI: CAPITALONE.COM | Aug 15 2024 04:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517594868 | | EDI: CAPITALONE.COM | Aug 15 2024 04:32:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517574944 | + | EDI: WFNNB.COM | Aug 15 2024 04:32:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 517574945 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2024 00:53:41 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517574947 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2024 00:53:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517589288 | | EDI: DISCOVER | Aug 15 2024 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517574948 | + | EDI: DISCOVER | Aug 15 2024 04:32:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517574951 | ^ | MEBN | Aug 15 2024 00:48:51 | Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |

Case 18-21438-JNP    Doc 47    Filed 08/16/24    Entered 08/17/24 01:45:54    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 3180W | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 517574952 | | EDI: IRS.COM | Aug 15 2024 04:32:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517574953 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 15 2024 00:56:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 517658016 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 00:53:50 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517574959 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 00:53:49 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517574958 | + | EDI: LENDNGCLUB | Aug 15 2024 04:32:00 | Lending Club Corp, 71 Stevenson St, Suite 1000, San Francisco, CA 94105-2967 |
| 518585825 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 15 2024 00:56:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585824 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 15 2024 00:56:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 517669391 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:56:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517574960 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517574962 | ^ | MEBN | Aug 15 2024 00:46:14 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518698306 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2024 00:54:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518698305 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2024 00:54:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517574964 | | EDI: PRA.COM | Aug 15 2024 04:32:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517697985 | | EDI: PRA.COM | Aug 15 2024 04:32:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517574965 | | Email/Text: signed.order@pfwattorneys.com | Aug 15 2024 00:54:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517650342 | | EDI: Q3G.COM | Aug 15 2024 04:32:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517574963 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 15 2024 00:54:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 517574967 | + | EDI: SYNC | Aug 15 2024 04:32:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517574966 | + | EDI: SYNC | Aug 15 2024 04:32:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 517575958 | ^ | MEBN | Aug 15 2024 00:48:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517642480 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2024 00:56:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 517574968 | + | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 3180W | Total Noticed: 45 |

|  |  |  | Aug 15 2024 00:56:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
|---|---|---|---|---|
| 517574970 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2024 00:56:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 Interanational Lane, Madison, WI 53704-3121 |
| 517697863 |  | EDI: WFFC2 | Aug 15 2024 04:32:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine CA 92623-9657 |
| 518791269 | + | EDI: WFFC2 | Aug 15 2024 04:32:00 | Wells Fargo Bank, NA, PO Box 130000, Raleigh, NC 27605-1000 |
| 517574971 | + | EDI: WFFC2 | Aug 15 2024 04:32:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517574946 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517574955 | *+ | Kevin F. Flaherty, 28 Blue Stone Circle, Sicklerville, NJ 08081-1340 |
| 517574956 | *+ | Kevin F. Flaherty, 28 Blue Stone Circle, Sicklerville, NJ 08081-1340 |
| 517574957 | *+ | Kevin F. Flaherty, 28 Blue Stone Circle, Sicklerville, NJ 08081-1340 |
| 517574961 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Tina M Flaherty jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 3180W | Total Noticed: 45 |

on behalf of Creditor New Residential Mortgage LLC kimwilson@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7