| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Barbara J Snavely, Esquire (BJS5526)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>TEL (856) 228-7964 FAX (856) 228-7965<br>B_Snavely@comcast.net | |
| In Re:<br><br>Tina M. Flaherty | Case No: 18-21438 JNP<br>Chapter: 13<br>Hearing Date:<br>Judge: Jerrold N. Poslusny Jr. |

Order Filed on November 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 7, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 28 Bluestone Circle Sicklerville, NJ 08081

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Discover Bank
b. Current Assignee: Discover Bank
c. Current Servicer: n/a
d. Date of Mortgage/Lien: 11/3/17
e. Date of Recordation: n/a
f. Place of Recordation: Superior Court of NJ Camden County Special Civil Part
   i. Mortgage Book: DC- 009313/17; VJ-008419/17
   ii. Page: n/a
g. Original Principal Balance of Mortgage/Lien: $ 12,318.46

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*